Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd
10474  Santa Monica Blvd., 4th Floor
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff
NICHOLE WILEY

# UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| NICHOLE WILEY, | )  **Case No.: 10-CV-00683** |
| | ) |
| | ) |
| Plaintiff, | )  **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| WINDHAM PROFESSIONALS, INC., | ) |
| | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, NICHOLE WILEY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

- 1 -

Notice of Settlement

1

Respectfully Submitted,

2

3       DATED: May 13, 2010          KROHN & MOSS, LTD.

4

5                                    By:  /s/ Ryan Lee                          _

6                                         Ryan Lee
                                          Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Notice of Settlement