Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com

Attorneys for Plaintiff, NICHOLE WILEY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NICHOLE WILEY, | ) **Case No.: 10-CV-00683** |
| | ) |
| Plaintiff, | ) **VOLUNTARY DISMISSAL** |
| | ) |
| v. | ) |
| | ) |
| WINDHAM PROFESSIONALS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| _____ | ) |

### VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, NICHOLE WILEY, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: July 1, 2010          KROHN & MOSS, LTD.


By:/s/ Ryan Lee .
    Ryan Lee
    Attorneys for Plaintiff
    NICHOLE WILEY

- 1 -

VOLUNTARY DISMISSAL